UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRITTANY BYERS & ROMAN FARRIS                                    PLAINTIFFS

V.                                        CIVIL ACTION NO. 3:23-CV-71-DPJ-FKB

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.                    DEFENDANT

JUDGMENT

For the reasons stated, the Court finds State Farm's motion for summary judgment [9]

should be granted.  This action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of July, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE